IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-CT-3022-FL

| | |
|---|---|
| NAZEER DIJON VICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| SHERIFF KEITH STONE, MISTE ) | |
| STRICKLAND, DAVID MOORING, ) | |
| CHRISTOPHER PATTERSON, S.E. ) | |
| SMITH, and TANIKA S. JONES, ) | |
| ) | |
| Defendants.[1] ) | |

This matter is before the court on plaintiff's motions to subpoena video and documents (DE 22), to appoint counsel (DE 23), and to dismiss affirmative defenses with incorporated response to defendants' answer (DE 29). With respect to the motion to appoint counsel, the court adheres to its analysis in the August 26, 2022, order denying the same request. As to the motion to subpoena videos and other files from the United States Attorney's Office, plaintiff has not established that a third-party subpoena is necessary for such information, particularly in light of the standard tools of discovery available in this case. See Virginia Dep't of Corr. v. Jordan, 921 F.3d 180, 189 (4th Cir. 2019). Finally, to the extent plaintiff is moving to strike defendants' affirmative defenses pursuant to Federal Rule of Civil Procedure 12(f), the motion is denied without prejudice to plaintiff raising these arguments in the event defendants rely on these defenses

---

[1] The court dismissed formerly named defendants Nash County Sheriff's Office, Wilson Medical Center, Johnson County Sheriff's Office, Ronald Stewart, Nurse Jane Doe, Abigail Genaudeau, and Aaron S. Holly by separate order entered November 30, 2022.

in a forthcoming dispositive motion, such as a motion for summary judgment. The court also observes that plaintiff's "response" to defendants' answer is not a pleading allowed by the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 7(a)(7).

Based on the foregoing, plaintiff's motions to appoint counsel (DE 23), to subpoena video and documents (DE 22), and to dismiss (DE 29) are DENIED.

SO ORDERED, this the 7th day of February, 2023.

LOUISE W. FLANAGAN
United States District Judge